Submitted December 3, 2021, affirmed January 5, petition for review denied February 24, 2022 (369 Or 338)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RAYMONT WILLEY JONES,
aka Raymont Willie Jones,
*Defendant-Appellant.*

Multnomah County Circuit Court
18CR57988, 18CR77697;
A172922 (Control), A172923

501 P3d 102

Benjamin N. Souede, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Mary Reese, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Susan G. Howe, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Lagesen, Chief Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed. *State v. Espy*, 315 Or App 85, 496 P3d 1159 (2021); *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021); *State v. Merrill*, 311 Or App 487, 492 P3d 722, *adh'd to as modified on recons*, 314 Or App 460, 495 P3d 219 (2021).